H. J. WRIGHT, alias Frank Wright, alias Frank J. Wright, alias Francis James Wright, alias F. J. Wright, alias T. F. Prince, Appellant, v. STATE of Texas, Appellee. (No. 12646.)

Court of Criminal Appeals of Texas. June 12, 1929.

Paul Colley, Jr., of Dallas, for appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, burglary; penalty, two years in the penitentiary.

Affidavit of escape in proper form is on file showing in substance that appellant was convicted of burglary, and that after his conviction and pending his appeal, to wit, on the 31st day of March, 1929, he escaped from the jail of Anderson county, and that on the 27th day of May, 1929, he was still at large and had not been apprehended.

Upon this showing the appeal must be dismissed, and it is accordingly so ordered.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

Emil W. FEY, Appellant, v. MUELLER-HUBER GRAIN COMPANY, Appellee. (No. 8225.)

Court of Civil Appeals of Texas. San Antonio. May 8, 1929.

Rehearing Denied June 19, 1929.

Thos. G. King and Birkhead, Lang & Beckmann, all of San Antonio, for appellant.

Douglas, Carter & Black, of San Antonio, for appellee.

FLY, C. J. This is a suit instituted by appellee, a partnership, against appellant, to recover the sum of $400, as damages for a failure to deliver 1,000 bushels of heavy No. 2, Texas red, rust-proof oats in sacks at the price of 60 cents a bushel. The cause was submitted to a jury on special issues, and the answers formed the basis of a judgment against appellant in the sum of $300.

The jury found that appellant, acting though Albert Scharman, made an agreement with appellee, on or about March 12, 1928, by which appellant sold to appellee 1,000 bushels of heavy No. 2, Texas red, rust-proof sacked oats at the price of 60 cents per bushel, to be delivered to the United States Army Quartermaster at Camp Stanley, during the month of April, 1928, that Scharman was authorized to make the contract for appellant, that appellant breached the contract and did not deliver the oats, and that appellee sustained damages in the sum of $300, or 30 cents a bushel, on the oats. The verdict of the jury is sustained by the statement of facts.

The evidence of Henry Mueller, if true, and it must be taken as true, as it was credited by the jury, established a sale of 1,000 bushels of oats to appellee at 60 cents a bushel, delivered at Camp Stanley. Appellant at no time denied that a contract was made, and made no excuse for a failure to deliver the oats, except that they had increased in value since he had contracted to deliver them. Appellant and Scharman both admitted that a contract was made.

All the propositions are quite technical, and are not meritorious. The judgment will be affirmed.